UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SMITH,** | Case No. ED CV 14-01413-VBF (DTB) |
| **Plaintiff,** | ORDER |
| v. | **Overruling Plaintiff's Objections;** |
| CALIFORNIA JUDICIAL COUNCIL, | **Adopting Report & Recommendation;** |
| TANI CANTIL-SAKAUYE (Chief Justice of California Supreme Court, Acting as Chair of Judicial Council) in official ~~capacity,~~ | **Granting in Part & Denying in Part Document #61** (Defendants' Motion to Dismiss the Fourth Amended Complaint); |
| | **Dismissing Claims 3, 5, 6, 7, and 10 With Prejudice;** |
| STEVEN JAHR (Former Admin. Director of the Admin. Office of the Courts) in official capacity, | Dismissing Portion of Claims 1 and 2; |
| MARTIN N. HOSHINO (Current admin. Director of the Admin. Office of the Courts) in official capacity, and | Directing Defendants Cantil-Sakauye and Hoshino to Answer Surviving Portion of Claims 1 and 2 by November 23, 2016 and Permitting Plaintiff to Reply by Thursday, December 22, 2016 |
| HON. JUDGE STEVEN COUNELIS (Family Law Superior Court Judge) in official capacity, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed Michael Smith's Fourth Amended Complaint (Case Management / Electronic Case Filing System

Document ("Doc") 54), plaintiff's supporting declarations and supporting memoranda of law (Docs 55-58), the defendants' motion to dismiss and accompanying memorandum (Doc 61), plaintiff's brief opposing the motion to dismiss (Doc 73) and accompanying declarations and requests for judicial notice (Docs 71-72 and 74-76), the Report and Recommendation ("R&R") issued by the United States Magistrate Judge pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on September 7, 2016 (Doc 85), plaintiff's objections to the R&R filed October 11, 2016 (Doc 91), and the applicable law.

"Federal Rule of Civil Procedure 72(b)(2) g[ives] respondent a right to respond to the objections", *Ruelas v. Muniz*, No. SA CV 14-01761, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016) (Fairbank, J.), and that time has not yet elapsed. Given that the Court is overruling plaintiff's objections, however, defendants cannot be prejudiced by the Court declining to wait for defendants' possible response thereto.

"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which p[laintiff] has specifically objected and finds no defect of law, fact, or logic in the . . . R&R." *Rael v. Foulk*, No. LA CV 14-02987, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016).

"The Court finds discussion of [plaintiff]'s objections to be unnecessary on this record. The [Federal] Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require the district judge to provide a written explanation of the reasons for rejecting objections. *See MacKenzie v. California AG*, No. SA CV 12-00432, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (Fairbank, J.) (quoting *United States ex rel. Walterspiel v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir.) (per curiam) ("The district court complied with this requirement. Accordingly, we find no procedural error in the district court's decision not to address specifically Walterspiel's objections."), *cert. denied*, – U.S.

–, – S. Ct. –, 2016 WL 3552734 (Oct. 3, 2016) (No. 16-8)) (brackets & internal quotation marks omitted). This is particularly true where, as here, the objections are plainly unavailing.

Accordingly, the Court will overrule the objections, accept the Magistrate's factual findings and legal conclusions, and implement his recommendations.

IT THEREFORE IS ORDERED as follows:

Plaintiff's objection **[Doc #91] is OVERRULED.**

The Report and Recommendation **[Doc #85] is ADOPTED**.

Defendants' motion to dismiss the complaint **[Doc #61] is GRANTED in part and DENIED in part as follows:**

– Defendants' Motion to Dismiss Claims 1 and 2 to the extent that those claims challenge the Vexatious Litigant Statute as applied to plaintiff is **DENIED.**

– Defendants' motion to dismiss the due process and equal protection challenges in Claims 1 and 2 to the extent that they challenge the Vexatious Litigant Statute as applied to all family court litigants is **GRANTED**.

– Defendants' motion to dismiss Claims 3, 5, 6, 7, and 10, is **GRANTED**. Claims 3, 5, 6, 7, and 10 are **DISMISSED with prejudice**.

All claims against California Judicial Council are dismissed <u>without</u> prejudice.

All claims against "Steven Jahr (Former Administrative Director of the Administrative Office of the Courts)" are dismissed <u>without</u> prejudice.

No later than Wednesday, November 23, 2016, defendants Tani Cantil-

Sakauye and Martin N. Hoshino **SHALL FILE** an Answer to the remaining portion of Claims 1 and 2 of the Fourth Amended Complaint.

No later than Thursday, December 22, 2016, plaintiff **MAY FILE** a reply.

Dated: Monday, October 17, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge