UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SMITH,** | Case No. ED CV 14-01413-VBF (DTB) |
| **Plaintiff,** | ORDER |
| v. | **Adopting Report & Recommendation Without Objection;** |
| CALIFORNIA JUDICIAL COUNCIL, | **Granting in Part & Denying in Part Document #61** (Defendants' Motion to Dismiss the Fourth Amended Complaint); |
| TANI CANTIL-SAKAUYE (Chief Justice of California Supreme Court, Acting as Chair of Judicial Council) in official capacity, | **Dismissing Claims 3, 5, 6, 7, and 10 With Prejudice;** |
| | Dismissing Portion of Claims 1 and 2; |
| STEVEN JAHR (Former Admin. Director of the Admin. Office of the Courts) in official capacity, | Directing Defendants Cantil-Sakauye and Hoshino to Answer Surviving Portion of Claims 1 and 2 by November 23, 2016 and Permitting Plaintiff to Reply by Thursday, December 22, 2016 |
| MARTIN N. HOSHINO (Current admin. Director of the Admin. Office of the Courts) in official capacity, and | |
| HON. JUDGE STEVEN COUNELIS (Family Law Superior Court Judge) in official capacity, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed Michael Smith's Fourth Amended Complaint (Case Management / Electronic Case Filing System

Document ("Doc") 54), plaintiff's supporting declarations and supporting memoranda of law (Docs 55-58), the defendants' motion to dismiss and accompanying memorandum (Doc 61), plaintiff's brief opposing the motion to dismiss (Doc 73) and accompanying declarations and requests for judicial notice (Docs 71-72 and 74-76), the Report and Recommendation ("R&R") issued by the United States Magistrate Judge pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on September 7, 2016 (Doc 85), plaintiff's document entitled "Notice of Objection to the Report and Recommendation" filed October 11, 2016 (Doc 91), and the applicable law.

For their part, the defendants have not filed objections to the R&R, and the time for them to do so has elapsed.

Federal Rule of Civil Procedure 72(b)(2) gives defendants a right to respond to objections, *Ruelas v. Muniz*, No. SA CV 14-01761, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016) (Fairbank, J.), but there would be no point in waiting for defendants' response time to elapse here. Although entitled "Notice of Objection to the Report and Recommendation", plaintiff states in the document that he has no objection to the R&R. Accordingly, the Court will accept the Magistrate's factual findings and legal conclusions and implement his recommendations.

IT THEREFORE IS ORDERED as follows:

The Report and Recommendation **[Doc #85] is ADOPTED** without objection.

Defendants' motion to dismiss the complaint **[Doc #61] is GRANTED in part and DENIED in part as follows:**

– Defendants' Motion to Dismiss Claims 1 and 2 to the extent that those claims challenge the Vexatious Litigant Statute as applied to plaintiff is **DENIED.**

– Defendants' motion to dismiss the due process and equal protection challenges

in Claims 1 and 2 to the extent that they challenge the Vexatious Litigant Statute as applied to all family court litigants is **GRANTED**.

– Defendants' motion to dismiss Claims 3, 5, 6, 7, and 10, is **GRANTED**. Claims 3, 5, 6, 7, and 10 are **DISMISSED with prejudice**.

All claims against California Judicial Council are dismissed <u>without</u> prejudice.

All claims against "Steven Jahr (Former Administrative Director of the Administrative Office of the Courts)" are dismissed <u>without</u> prejudice.

No later than Wednesday, November 23, 2016, defendants Tani Cantil-Sakauye and Martin N. Hoshino **SHALL FILE** an Answer to the remaining portion of Claims 1 and 2 of the Fourth Amended Complaint.

No later than Thursday, December 22, 2016, plaintiff **MAY FILE** a reply.

Dated: Monday, October 17, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge