UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| MICHAEL WALDEN SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TANI CANTIL-SAKAUYE et al.,<br><br>　　　　Defendants. | **Case No. ED CV 14-01413-VBF-E**<br><br>**ORDER**<br><br>Adopting the Report & Recommendation: Granting Document Nos. 114, 141, and 145;<br><br>Denying Document #117 As Moot;<br>Denying Document #148 as Moot;<br><br>Dismissing the Action;<br><br>Terminating and Closing the Case (JS-6) |

Pursuant to his authority under Fed. R. Civ. P. 72(b)(1), title 28 U.S.C. section 636(b)(1)(B), and C.D. Cal. Local Civil Rule 72-3.3, the United States Magistrate Judge issued a Report and Recommendation ("R&R") on November 20, 2017. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Fourth Amended Complaint, all of the records herein, the attached R&R of the Magistrate Judge, and the applicable law. On either clear-error or de novo review, the Court finds no defect of law, fact, or logic in the R&R. Therefore the Court will adopt the R&R and implement its recommendations.

-1-

## ORDER

The November 20, 2017 Report and Recommendation **[Doc # 160] is ADOPTED**.

The motion for leave to file a First Amended Answer filed by defendants Tani Cantil-Sakauye and Martin N. Hoshino **[Doc #114] is GRANTED.**

The motion for summary judgment filed by defendants Tani Cantil-Sakauye and Martin N. Hoshino on September 5, 2017 **[Doc #135] is GRANTED**.

Plaintiff's September 7, 2017 "Request to File Document Two Days Past File Date Due to Mix-Up" **[Doc #141] is GRANTED.**

Plaintiff's August 11, 2017 "Ex Parte Request to Continue Case 30 Days Due to Time Required to Complete Deposition of Chief Justice" **[Doc #117] is DENIED as moot.**

Plaintiff's October 11, 2017 "Ex Parte Request to Continue Case Four Days Due to Difficulties" **[Doc #148] is DENIED as moot.**

The Court will enter judgment by separate document.

**This action is DISMISSED.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: January 8, 2018

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge