# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WALDEN SMITH,** | No. ED CV 14-01413-VBF-E |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| TANI CANTIL-SAKAUYE (in her official capacity as Chief Justice of California Supreme Court and her official capacity as chair of the Judicial Council, | |
| STEVEN JAHR (in his official capacity as former Director of the Admin. Office of the Courts), et al., | |
| Defendants. | |

Pursuant to this Court's Order issued today and this Court's prior Orders, **it is adjudged that this case is DISMISSED**.

Dated: January 8, 2018

*Valerie Baker Fairbank*
———————————————
Honorable Valerie Baker Fairbank
Senior United States District Judge